IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY FALLON, | No. CIV.S-05-2228 MCE DAD PS |
| Plaintiff, | |
| v. | <u>ORDER AND</u> |
| UNITED STATES GOVERNMENT, | <u>ORDER TO SHOW CAUSE</u> |
| Defendant. | |
| _____/ | |

Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has not submitted the required affidavit regarding his alleged inability to pay fees, plaintiff having provided only a brief typed statement in this regard. Accordingly, the request to proceed in forma pauperis will be denied without prejudice.

/////

1

1  Plaintiff's brief, difficult to decipher complaint seeks to
2 recover damages from the federal government in the amount of $2
3 billion as a result of being arrested by various unidentified private
4 citizens impersonating law enforcement officers.  According to the
5 complaint "[t]his entire 'Mob' was believed to be acting [on] behalf
6 of the South San Francisco Police Department, who committed a crime
7 against myself, in 1980 ...."  (Compl. at 1-2.)  No basis for federal
8 jurisdiction is alleged.  Indeed, it appears that the court lacks
9 subject matter jurisdiction over this matter.  See Bell v. Hood, 327
10 U.S. 678, 682 (recognizing that a claim is subject to dismissal for
11 want of jurisdiction where it is "wholly insubstantial and frivolous"
12 and "so patently without merit"); Hagans v. Levine, 415 U.S. 528, 543
13 (stating that a claim may be dismissed for lack of jurisdiction where
14 it is "so insubstantial, implausible, foreclosed by prior decisions
15 of this Court or otherwise completely devoid of merit as not to
16 involve a federal controversy within the jurisdiction of the District
17 Court").  See also Franklin v. Murphy, 745 F.2d 1221, 1227 (9th Cir.
18 1984)("A paid complaint that is 'obviously frivolous' does not confer
19 federal subject matter jurisdiction and may be dismissed sua sponte
20 before service of process.")(citations omitted).
21  Accordingly, IT IS HEREBY ORDERED that:
22  1.  Plaintiff's application for leave to proceed in forma
23 pauperis is denied without prejudice to submitting an amended
24 application.  The Clerk of the Court is directed to send plaintiff a
25 new application to proceed without prepayment of fees and affidavit.
26 If plaintiff wishes to pursue this action, he shall properly complete

2

and file an amended in forma pauperis application, or pay the appropriate statutory filing fee, within twenty days of the date this order is filed;

    2.   Plaintiff shall show cause in writing within twenty days of the date this order is filed why this matter should not be dismissed for lack of subject matter jurisdiction.  See Fed. R. Civ. P. 12(h)(3); and

    3.   Plaintiff is forewarned that the failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed.

DATED: March 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddadl\orders.prose\fallon2228.ifp.osc