IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,                    No. 2:05-cv-2228-MCE-DAD-PS

      Plaintiff,

   v.                                    <u>ORDER</u>

UNITED STATES GOVERNMENT,

      Defendant.
_____/

    Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On April 11, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

///

1   Although it appears from the file that plaintiff's copy of

2   the findings and recommendations was returned, plaintiff was

3   properly served.  It is the plaintiff's responsibility to keep

4   the court apprised of his current address at all times.  Pursuant

5   to Local Rule 83-182(d), service of documents at the record

6   address of the party is fully effective.

7       The court has reviewed the file and finds the findings and

8   recommendations to be supported by the record and by the

9   magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

10  that:

11      1.  The findings and recommendations filed April 11, 2006,

12  are adopted in full; and

13      2.  This action is dismissed without prejudice.  See L.R.

14  11-110; Fed. R. Civ. P. 41(b).

15  DATED: May 8, 2006

16

17

18                                  _____
                                    MORRISON C. ENGLAND, JR
19                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26